# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135381

MOSHER, DOLAN, CATALDO & KELLY, INC.,
      Plaintiff-Appellee,

v

DAVID FEINBLOOM and LISA ANN SCHOLNICK FEINBLOOM,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135381
COA: 270579
Oakland CC: 2005-067646-CZ

On order of the Court, the application for leave to appeal the October 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

                          Clerk